UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
FILED
JUL 25 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                      INDICTMENT NO. 7:24-cr-13-KKC

PAMELA DENISE SARGENT

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2251(a)

On or before December 30, 2023, the exact date unknown, in Pike County, in the Eastern District of Kentucky,

**PAMELA DENISE SARGENT**

did employ, use, persuade, induce, entice, and coerce a minor, Minor Male 1, to engage in sexually explicit conduct, specifically genital to genital contact between Minor Male 1 and the Defendant, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a).

### COUNT 2
### 18 U.S.C. § 2251(a)

On or before March 5, 2024, the exact date unknown, in Pike County, in the Eastern District of Kentucky,

**PAMELA DENISE SARGENT**

did employ, use, persuade, induce, entice, and coerce a minor, Minor Male 1, to engage in sexually explicit conduct, specifically oral to genital contact between the Defendant and Minor Male 1, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a).

### COUNT 3
### 18 U.S.C. § 2251(a)

On or before June 4, 2024, the exact date unknown, in Pike County, in the Eastern District of Kentucky,

**PAMELA DENISE SARGENT**

did employ, use, persuade, induce, entice, and coerce a minor, Minor Male 1 and Minor Male 2, to engage in sexually explicit conduct, specifically oral to genital contact between Minor Male 1 and Minor Male 2, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a).

### COUNT 4
### 18 U.S.C. § 2251(a)

On or before June 4, 2024, the exact date unknown, in Pike County, in the Eastern District of Kentucky,

**PAMELA DENISE SARGENT**

did employ, use, persuade, induce, entice, and coerce a minor, Minor Male 1, to engage in

sexually explicit conduct, specifically oral to genital contact between Minor Male 1 and a known female, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a)..

**A TRUE BILL**

_____
**FOREPERSON**

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 - 4:** Not less than 15 years nor more than 30 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years nor more than life.

**PLUS:** Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:** Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.