UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:24-cr-13-KKC-EBA

UNITED STATES OF AMERICA                                                PLAINTIFF

VS.

PAMELA DENISE SARGENT                                          DEFENDANT

**NOTICE OF INTENT TO ASSERT INSANITY DEFENSE**

       Comes the Defendant, Pamela Sargent, by and through counsel, and pursuant to F.R.C.P. 12.2(a), hereby gives notice her intention to assert a defense of insanity at the time of the alleged offenses in the trial of the above-styled action. Pursuant to F.R.C.P. 12.2(b), the Defendant further gives notice of her intention to introduce evidence relating to mental disease or defect, or any other mental condition, bearing on the issue of guilt and innocence and the issue of sentencing, as warranted.

                                                  /s/ Patrick E. O'Neill
                                                  PATRICK E. O'NEILL
                                                  1029 College Ave Suite 101
                                                  Jackson, Kentucky 40391
                                                  Phone: (606) 666-2990
                                                  Fax: (606) 666-9084
                                                  Email: peoneill@bellsouth.net
                                                  ATTORNEY FOR PAMELA SARGENT

**CERTIFICATE**

       I certify that on this the 6th day of May, 2025, I filed this document using the CM/ECF system, which will send notice of electronic filing to counsel of record.

                                                  /s/ Patrick E. O'Neill